IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION NO. 10-606 |
| v. | : | |
| BRIAN GELLER | : | CIVIL ACTION NO. 11-7340 |

## **ORDER**

**AND NOW,** this 7th day of February, 2012, upon consideration of Defendant Brian Geller's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Docket No. 45), and the Government's Motion to Dismiss (Docket No. 47), and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Government's Motion to Dismiss is **GRANTED**.

2. Geller's Motion under 28 U.S.C. § 2255 is **DISMISSED**.

BY THE COURT:

 /s/ John R. Padova
John R. Padova, J.